PROB 35

# ORDER TERMINATING SUPERVISED RELEASE
# PRIOR TO EXPIRATION DATE

## UNITED STATES DISTRICT COURT
## FOR THE
## EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| **vs.** | ) | **Docket Number:  1:03CR05315-01 OWW** |
| | ) | |
| **Carol Ann Pendray** | ) | |
| | ) | |

On May 27, 2004, the above-named was placed on Supervised Release for a period of 3 years.  Ms. Pendray has complied with the rules and regulations of supervision, with the exception of paying her restitution in full.  In this case, Ms. Pendray owes a balance of $99,774.00.  Although she paid $675 towards her restitution, she made regular monthly payments since October 15, 2004.   It is accordingly recommended that restitution be deferred to the Financial Litigations Unit in Sacramento, California and that she be allowed to discharged from supervision.

Respectfully submitted,

/s/ Jose T. Pulido

**JOSE T. PULIDO**
**United States Probation Officer**

Dated:        January 16, 2007
                 Fresno, California
                 JTP

**REVIEWED BY:        /s/ Bruce A. Vasquez**
                              **BRUCE A. VASQUEZ**
                              **Supervising United States Probation Officer**

**Re:     Carol Ann Pendray**
**        Docket Number:   1:03CR05315-01 OWW**
**        ORDER TERMINATING SUPERVISED RELEASE**
**        <u>PRIOR TO EXPIRATION DATE</u>**

---

### ORDER OF COURT

It is ordered that the supervisee be discharged from supervised release, and that the proceedings in the case be terminated.  It is further ordered that the supervisee pay the unpaid restitution balance in this case.

IT IS SO ORDERED.

**Dated:     February 1, 2007**                    _____ **/s/ Oliver W. Wanger** _____
emm0d6                                              UNITED STATES DISTRICT JUDGE